FILED
2013 May-16  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
LINDA FAYE NAVARRE,            }
                              }
     Plaintiff,               }
                              }     CIVIL ACTION NO.
v.                            }     11-AR-3056-S
                              }
SYSCO CENTRAL ALABAMA, INC.,  }
et al.,                       }
                              }
     Defendants.              }
```

## MEMORANDUM OPINION AND ORDER

On April 15, 2013, plaintiff, Linda Faye Navarre, filed a motion for contempt of court against non-party, Winngate Inn.  A copy of the said motion is attached hereto as Exhibit "A".

On April 16, 2013, in response to the said motion, this court entered an order of contempt fining Winngate Inn the sum of $500 per day.  A copy of the court's said order is attached as Exhibit "B".

As directed by the court, the Clerk mailed a copy of the order of April 16, 2013, to Winngate Inn, 800 Corporate Ridge Drive, Birmingham, Alabama 35242, by certified mail.  On April 24, 2013, said certified mail was returned by the United States Postal Service, marked "return to sender, not deliverable as addressed, unable to forward".

The court has made counsel for plaintiff aware of the non-deliverance of the order of April 16, 2013, but plaintiff has made no effort of which the court is aware to confirm an address for

service on Winngate Inn.  If and when plaintiff furnishes a correct

address for Winngate Inn, or an agent of Winngate Inn who has

authority to respond to plaintiff's subpoena *duces tecum*, and to

the subsequent orders of the court, the court will order the U.S.

Marshal to serve appropriate papers upon Winngate Inn to accomplish

plaintiff's purpose.

DONE this 16th day of May, 2013.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE